**Opinion issued June 26, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00347-CV

———————————

## OLIVER BYRON JACKSON AND RACHEL GILBEAUX JACKSON, Appellants

## V.

## BLACKHAWK (HOUSTON) HOMEOWNERS ASSOCIATION, INC., Appellee

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2013-18792

## MEMORANDUM OPINION

The parties have filed a "Joint Motion to Dismiss Appeal and Vacate Judgment Below," requesting that we dismiss the appeal and vacate the trial court's judgment. *See* TEX. R. APP. P. 42.1(a). No opinion has issued.

Accordingly, we grant the motion, vacate the trial court's judgment, and dismiss the case. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e); *Jester Venture, Ltd. v. Nash*, No. 01-06-00512-CV, 2006 WL 2042358, at *1 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.); *Griffin v. Cedarwood Apartments*, No. 01-98-01106-CV, 2000 WL 210417, at *1 (Tex. App.—Houston [1st Dist.] Feb. 24, 2000, no pet.) (mem. op., not designated for publication). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.